# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4266

_____

Herbert Phillip Malone,

        Appellant,

    v.

Steve Walton, Infirmary
Administrator/Manager, Arkansas
Department of Correction; PHP
Healthcare Corporation, (Originally
sued as P.H.P. Medical Group),

        Appellees.

\* Appeal from the United States
\* District Court for the
\* Eastern District of Arkansas.

\* [UNPUBLISHED]

_____

Submitted: May 6, 1999
Filed: May 11, 1999

_____

Before   WOLLMAN, Chief Judge, RICHARD S. ARNOLD, and BEAM, Circuit
Judges.

_____

PER CURIAM.

Herbert P. Malone appeals the judgment of the district court[1] dismissing his 42
U.S.C. § 1983 action following a bench trial.  Because Malone did not provide a trial

_____

[1]The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the
Eastern District of Arkansas, to whom the case was referred for final disposition by
consent of the parties pursuant to 28 U.S.C. § 636(c).

transcript, we cannot review the court's factual findings, Malone's claim of judicial bias, or the denial of his evidentiary motions, including his motions to call witnesses. See Fed. R. App. P. 10(b); Van Treese v. Blome, 7 F.3d 729, 729 (8th Cir. 1993) (per curiam). Based on the district court's factual findings, we conclude the court properly rejected Malone's medical indifference claim. See Dulany v. Carnahan, 132 F.3d 1234, 1239 (8th Cir. 1997). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.